UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:                                                          CASE NO. 98-12726

Jennell Brown                                                   CHAPTER 7

   Debtor

ORDER DIRECTING PAYMENT
OF UNCLAIMED FUNDS

Considering the Application of The Financial Resources Group, Inc., attorneys in fact for the debtor, Jennell Muse a/k/a Jennell Brown Muse, for payment of funds being held in the court's registry of unclaimed funds pursuant to 28 U.S.C.§347(a), the record of the case and applicable law,

IT IS ORDERED that the Clerk of Court pay unclaimed funds of $458.79 to Jennell Muse c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345.

Baton Rouge, Louisiana, July 18, 2008.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE